## BEACH & CO. *vs.* WAGNER ET AL.

APPEAL FROM THE COMMERCIAL COURT OF NEW ORLEANS.

Judgment affirmed; the record being imperfect, so as to preclude an examina--
tion of the case on the merits.

Signatures to the notes and checks sued on, are admitted by the plea of the ge-
neral issue.

This is an action on three checks and a promissory note.
The defendants pleaded the general issue; denied specially
any liability and set up a special defence. There was judg-
ment for the amount claimed and the defendants appealed.
The clerk's certificate, states the record contains "a transcript

of all the proceedings, as well as of all the documents filed in the cause, &c." It does not certify that the record contains all the evidence adduced, &c.

*Benjamin*, for plaintiffs, prayed the affirmance of the judgment; and urged that the appeal was frivolous and vexatious and should be punished with ten per cent. damages.

*M'Henry*, contra.

*Simon, J.* delivered the opinion of the court.

Two of the defendants are appellants from a judgment rendered against them for the amount of three checks and a promissory note on which they were sued.

They have brought up a record in which there is neither bill of exceptions nor statement of facts, and the certificates of the judge and clerk show that none but the documentary evidence is therein contained.

The defence set up consists in the general issue and a special denial of the defendants' liability to pay the amount sued for, and this must be considered as an admission of their signatures as drawers of the checks and note, which were all duly protested for non-payment..

We think this appeal is clearly frivolous, and the defendants should have been mulcted in the maximum of the damages allowed by law, if it had been prayed for by the plaintiffs.

It is therefore ordered, adjudged and decreed that the judgment of the Commercial Court be affirmed with costs.